**Order entered August 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00135-CV

### IN THE INTEREST OF B.A.J. AND K.S.J., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-03409**

## ORDER

The Court has before it appellant's August 1, 2013 motion to extend time to file. The

Court **GRANTS** the motion and **ORDERS** the brief tendered by appellant on August 1, 2013

timely filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE